DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| Liban Muse Jama, ) | CASE NO. 1:12-cv-02881 |
| Plaintiff, ) | |
| v. ) | **JUDGMENT ENTRY** |
| United States Citizenship and Immigration Services, et al., ) | |
| Defendants. ) | |

For the reasons contained in the Memorandum Opinion filed contemporaneously herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants' Rule 12(b)(1) motion to dismiss for lack of subject matter jurisdiction (R. 14) is GRANTED.

This case is dismissed without prejudice and closed.

IT IS SO ORDERED.

| August 19, 2013 | *s/ David D. Dowd, Jr.* |
|---|---|
| Date | David D. Dowd, Jr. |
|  | U.S. District Judge |